24 So.3d 728 (2009)
Kevin V. BROWN, Appellant,
v.
Walter A. McNEIL, Secretary, Florida Department of Corrections, Appellee.
No. 1D09-3713.
District Court of Appeal of Florida, First District.
December 23, 2009.
Kevin V. Brown, pro se, Appellant.
Bill McCollum, Attorney General, Mark J. Hiers, Assistant Attorney General, Sheron Wells, Assistant General Counsel, Tallahassee, for Appellee.
PER CURIAM.
DISMISSED. See Fla. R.App. P. 9.110(b). Cf. Newell v. Moore, 826 So.2d 1033 (Fla. 1st DCA 2002).
HAWKES, C.J., BENTON, and THOMAS, JJ., concur.